# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

JUSTIN EDMISTEN,

Petitioner,

v.

BRIAN WILLIAMS,

Respondent.

Case No. 2:26-cv-00093-MMD-MDC

ORDER

Petitioner Justin Edmisten commenced this action on January 16, 2026 by filing an Application for Certificate of Appealability. (ECF No. 1-1 ("COA Application").) Edmisten is requesting a COA because "reasonable jurists could debate whether [his] petition should have been resolved in a different manner." (*Id.* at 3.) However, Edmisten has not filed a petition in the instant action. If Edmisten seeks to request a COA in a different habeas action,[1] he needs to include the proper case number on his motion rather than commencing a new federal habeas action.

It is therefore ordered that the COA Application (ECF No. 1-1) is dismissed without prejudice. A certificate of appealability is denied, as jurists of reason would not find dismissal of this matter to be debatable or wrong.

///

///

///

[1]Edmisten has filed two federal habeas actions: (1) Case No. 3:22-cv-00118-RCJ-CLB, which was denied on the merits on August 10, 2023; and (2) Case No. 2:15-cv-00952-RFB-NJK, which was denied on the merits on December 18, 2023.

It is further ordered that the Clerk of Court is kindly directed to enter judgment dismissing this action without prejudice and close this case.

DATED THIS 21st Day of January 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE