# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

JUSTIN EDMISTEN,

Petitioner,

v.

BRIAN WILLIAMS,

Respondent.

Case No.: 2:26-cv-00093-MMD-MDC

ORDER

Petitioner Justin Edmisten commenced this action on January 16, 2026 by filing an Application for Certificate of Appealability. (ECF No. 1-1 ("COA Application").) Because Edmisten had not filed a petition in the instant action, the Court dismissed the COA Application without prejudice. (ECF No. 3.) Judgment was entered, and this case was closed. (ECF No. 4.) Edmisten then filed a "Motion for COA" under Rule 60 of the Federal Rules of Civil Procedure. (ECF No. 5 ("Motion").) In his Motion, Edmisten argued that there is newly discovered evidence in his case. (*Id.*) The Court denied the Motion, explaining that this matter was closed and that Edmisten had not properly commenced this action. (ECF No. 7.) Edmisten has now filed a petition for writ of habeas corpus. (ECF No. 8 ("Petition").) Because this action is closed, the Court dismisses the Petition without prejudice. Edmisten must file his Petition in a new case before the Court.[1]

///

///

///

---

[1]To properly commence a new action, Edmisten must also file an *in forma pauperis* application or pay his filing fee.

It is therefore ordered that the Petition (ECF No. 8) is dismissed without prejudice.

To the extent that it is necessary, a certificate of appealability is denied.

DATED THIS 17th Day of March 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2